IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HEATHER FAUX,<br><br>　　　　　Plaintiff,<br><br>Vs.,<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.<br><br>　　　　　Defendant. | NO. 4:12 – cv - 00148<br><br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Heather Faux requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


　　/s/ L. Ashley Zubal　　　　　
L. Ashley Zubal    AT0009559　　　　　　　　　　　　c/o Doreen M . Abdullovski
MARKS LAW FIRM, P.C.　　　　　　　　　　　　　　965 Kaynote Circle
4225 University Avenue　　　　　　　　　　　　　　Brooklyn Heights, OH 44131
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF



**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 13 day of August, 2012, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.